IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02122-BNB

PRINCE ROBERT KEITH LOWE, a/k/a NATIVE INDIAN PRINCE AIRE,
w/Intinary [sic] w/ Governors or Prince, et al.,

    Plaintiff,

v.

WHITE HOUSE D.C. OF PRESIDENTS IN U.S.,
TREASURY, et al.,
CHARLES PARLIAMENT, Euro Dollar, et al.,
US NEWS WORLD REPORT 2006, and
PLAYBOY, Nov 88,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Prince Robert Keith Lowe, initiated this action by filing a document titled "Law Claim," a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint on August 23, 2010. On August 31, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies. Specifically, he directed Mr. Lowe to submit a complete Complaint on the Court-approved form and a properly notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Mr. Lowe filed an Amended Complaint and a notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on September 9, 2010. On September 14, 2010, the Court entered an Order denying Mr. Lowe leave to proceed pursuant to 28 U.S.C. § 1915. The Court noted that the § 1915 Motion filed on September 9 was

largely unintelligible and did not appear to contain any credible financial information. Further, because Mr. Lowe failed to provide credible and accurate information as required by the § 1915 motion and affidavit, the Court found that there was insufficient information to determine whether the § 1915 motion should be granted. Therefore, the Court found that Mr. Lowe did not qualify for commencement of the action without prepayment of fees or security. Accordingly, Mr. Lowe was directed to either pay the $350.00 filing fee or to file an amended § 1915 motion and affidavit that was properly completed within thirty days. Mr. Lowe was warned that if he failed to either pay the $350.00 filing fee or file an amended § 1915 motion, the action would be dismissed without further notice.

Mr. Lowe has filed numerous unintelligible and unexplained letters and documents with the Court since the September 14 Order. However, he has failed to either pay the $350.00 filing fee or to file an amended § 1915 motion and affidavit that was properly completed. Accordingly, it is

ORDERED that the Amended Complaint and the action are dismissed without prejudice for Mr. Lowe's failure either to pay the $350.00 filing fee or to file an amended § 1915 motion and affidavit.

DATED at Denver, Colorado, this 27th day of October, 2010.

BY THE COURT:

Christine M Arguello

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02122-BNB

Robert Keith Lowe
1114 Acoma #20
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/28/10

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk