IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02122-ZLW

PRINCE ROBERT KEITH LOWE, a/k/a NATIVE INDIAN PRINCE AIRE,
   w/Intinary [sic] w/ Governors or Prince, et al.,

   Plaintiff,

v.

WHITE HOUSE D.C. OF PRESIDENTS IN U.S.,
TREASURY, et al.,
CHARLES PARLIAMENT, Euro Dollar, et al.,
US NEWS WORLD REPORT 2006, and
PLAYBOY, Nov 88,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER

This matter is before the Court on an 80-page document filed by Plaintiff, Prince Robert Keith Lowe, on November 8, 2010. Some background is in order. Mr. Lowe initiated this action by filing *pro se* a document titled "Law Claim," a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint on August 23, 2010. On August 31, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action, and directed Plaintiff to cure certain deficiencies. Specifically, he directed Mr. Lowe to submit a complete Complaint on the Court-approved form, and a properly notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Mr. Lowe filed an Amended Complaint and a notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on September 9, 2010. On September

14, 2010, the Court entered an Order denying Mr. Lowe leave to proceed pursuant to 28 U.S.C. § 1915. The Court noted that the § 1915 Motion filed on September 9 was largely unintelligible and did not appear to contain any credible financial information. Further, because Mr. Lowe failed to provide credible and accurate information as required by the § 1915 motion and affidavit, the Court found that there was insufficient information to determine whether the § 1915 motion should be granted. Therefore, the Court found that Mr. Lowe did not qualify for commencement of the action without prepayment of fees or security. Accordingly, Mr. Lowe was directed to either pay the $350.00 filing fee or to file an amended § 1915 motion and affidavit that was properly completed within thirty days. Mr. Lowe was warned that if he failed to either pay the $350.00 filing fee or file an amended § 1915 motion, the action would be dismissed without further notice.

On October 28, 2010, the Court entered an Order dismissing Mr. Lowe's case for his failure either to pay the $350.00 filing fee or to file an amended § 1915 motion and affidavit that was properly completed. Judgment also entered on October 28, 2010.

On November 2, 2010, Mr. Lowe filed a thirteen page document with the Court, consisting of pages of unintelligible handwriting and several unexplained newspaper articles, which Mr. Lowe underlined or covered in handwriting. On November 8, 2010, Mr. Lowe filed an 80-page document with the Court. In general, the document consists of newspaper articles relating to current events. Mr. Lowe has covered the articles with handwriting, underlining, numbers and symbols. These documents are non-responsive to the Order of Dismissal and Judgment entered on October 28, 2010; they do not

request reconsideration of the dismissal, nor do they set forth any understandable claims for relief or new arguments.

Moreover, the Court finds that Mr. Lowe has a history of filing non-responsive and unintelligible documents. This case was opened on August 23, 2010. Since that time, and prior to the October 28 Order of Dismissal, Mr. Lowe filed thirteen other documents that are unintelligible, unexplained and non-responsive to any order entered in this case (Doc. Nos. 4, 6, 7, 8, 14, 15, 16, 19, 20, 21, 22, 23 and 24). The Court will no longer permit Mr. Lowe to waste scarce judicial resources by filing unexplained and non-responsive documents in this closed case. No further documents, other than a Notice of Appeal, or a Motion for Reconsideration, will be accepted for filing in this case. Accordingly, it is

ORDERED that the Clerk of the Court is not to accept any further documents for filing in this case other than as set forth above.

DATED at Denver, Colorado, this <u>12th</u> day of <u>November</u>, 2010.

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02122-BNB

Robert Keith Lowe
846 18th Street
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/12/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk