IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02122-ZLW

PRINCE ROBERT KEITH LOWE, a/k/a NATIVE INDIAN PRINCE AIRE,
w/Intinary [sic] w/ Governors or Prince, et al.,

    Plaintiff,

v.

WHITE HOUSE D.C. OF PRESIDENTS IN U.S.,
TREASURY, et al.,
CHARLES PARLIAMENT, Euro Dollar, et al.,
US NEWS WORLD REPORT 2006, and
PLAYBOY, Nov 88,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff, Prince Robert Keith Lowe, filed a *pro se* motion titled "Motion for Reconsideration" on November 15, 2010. The Court must construe the motion liberally because Mr. Lowe is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The Motion for Reconsideration will be denied for the reasons stated below.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Lowe filed the Motion for Reconsideration within twenty-eight days after the Order of Dismissal and the Judgment were entered in the instant action. The

Court, therefore, finds that the Motion for Reconsideration is filed pursuant to Rule 59(e). *See* Fed. R. Civ. P. 59(e).

The three major grounds that justify reconsideration are: (1) an intervening change in the controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Upon consideration of the motion for reconsideration and the entire file, the Court concludes that Mr. Lowe fails to demonstrate that any of the grounds justifying reconsideration exist in his case.

On October 28, 2010, the Court entered an order dismissing Mr. Lowe's complaint without prejudice for failure to pay the filing fee of $350.00. On November 12, 2010, after finding that Mr. Lowe continued to file non-responsive and unintelligible documents in his closed case, the Court ordered that no further documents, other than a Notice of Appeal, or a Motion for Reconsideration, would be accepted for filing in this case.

Mr. Lowe then filed the instant Motion on November 15, 2010. The Motion for Reconsideration is unintelligible and has no relevance to the Order of Dismissal and Judgment entered in this action. For instance, in the first paragraph of the Motion, Mr. Lowe alleges the following:

> 1. Variable elasticity supply inside; variable imperial marked w/ unvariable A.CF/CILF/TEDF as over Marco 8 of 2008 AD statement as 8/3/10 Intinary Math of Angles. Month/Day/Millennium 10/3/05 Date. Rule 8 + 14-20 REB Un Prince:Prince:Prince:[CF] Crown File 99; [1 MF]! Prince Government Canada deed w/ commerce REB CMF-97. [W/Local Office/AcctDCT].

Likewise, the remainder of the Motion is covered with numbers, symbols, and letters that the Court cannot decipher. Mr. Lowe has not asserted any of the major grounds that would justify reconsideration in his case, and the Motion for Reconsideration will be denied. **See Servants of the Paraclete**, 204 F.3d at 1012.

Further, Mr. Lowe continues to waste judicial resources by filing non-responsive and frivolous documents in this closed case. He has demonstrated that he is unable to refrain from filing such documents. Therefore, no further documents will be accepted for filing in this case. Accordingly, it is

ORDERED that the "Motion for Reconsideration" filed on November 15, 2010, is DENIED. It is

FURTHER ORDERED that the Clerk of the Court is not to accept any further documents for filing in this case.

DATED at Denver, Colorado, this __23rd__ day of __November__, 2010.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02122-ZLW

Robert Keith Lowe
846 18th Street
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/29/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk