IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02122-ZLW

PRINCE ROBERT KEITH LOWE, a/k/a NATIVE INDIAN PRINCE AIRE,
w/Intinary[sic] w/ Governors or Prince, et al

       Plaintiff,

v.

WHITE HOUSE D.C. OF PRESIDENTS IN U.S.,
TREASURY, et al,
CHARLES PARLIAMENT, Euro Dollar, et al,
US NEWS WORLD REPORT 2006, and
PLAYBOY, Nov 88,

       Defendants.

ORDER TO CURE DEFICIENCY

Babcock, Senior Judge

       Plaintiff submitted an Appeal on February 22, 2012.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X   is not submitted
     __   is not on proper form (must use the court's current form)
     __   is missing original signature by plaintiff/petitioner on motion
     __   is missing affidavit
     __   affidavit is incomplete
     __   is missing original signature by plaintiff/petitioner on affidavit
     __   affidavit is not notarized or is not properly notarized
     __   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __27th__ day of February, 2012.

BY THE COURT:

   s/Lewis T. Babcock
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO